IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                  No. CR S-93-233 GEB GGH P

        vs.

GERARD GALLANT,

        Movant.                   <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion regarding his sentence.  Since movant may be entitled to the requested relief, respondent is directed to file an answer within thirty days of the effective date of this order.

        Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

1

1        The Clerk of the Court shall serve a copy of this order, together with a copy of

2   movant's motion (docket entry # 221), on the United States Attorney or his authorized

3   representative.

4   DATED: 8/6/07                                    /s/ Gregory G. Hollows

5                                                     GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

6

7   GGH/bb
    gall0233.206

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26