IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                    No. CR S-93-233 GEB GGH P

    vs.

GERARD GALLANT,

    Movant.                                      <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, filed a motion, on July 13, 2007, regarding his sentence. Following this court's order, filed on August 6, 2007, the motion has been briefed and is on the court's submitted calendar. Although the pending matter has not yet been adjudicated, movant recently filed "a motion under § 2255....." on June 6, 2008, followed shortly thereafter, on June 25, 2008, by an "amended motion under [28] U.S.C. § 2255...." Movant has not properly sought the court's leave to make the recent serial filings, having failed to file a motion for leave to amend setting forth the basis upon which he might seek leave to amend the prior submitted motion.

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that movant's purported motion pursuant to 28
2  U.S.C. § 2255, filed on June 6, 2008 (# 227), and his putative amended § 2255 motion, filed on
3  June 25, 2008 (# 228), be stricken.
4  DATED: 06/30/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
gall0233.str