1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Respondent,                    No. CR S-93-233 GEB GGH P

12          vs.

13   GERARD GALLANT,

14          Movant.                        ORDER

15   _____/

16          By a filing in this court's docket on January 30, 2009, the Ninth Circuit, noting

17   that the undersigned had filed an order on October 21, 2008, indicating an intention to vacate the

18   June 30, 2008, order that was the subject of movant's appeal, remanded this matter for the

19   limited purpose both of vacating the order filed on June 30, 2008, and in order for this court to

20   correct the docket to show that the July 13, 2007, motion was brought pursuant to 18

21   U.S.C. § 3582.  See Docket # 240.  The undersigned notes that the docket modification with

22   respect to the 18 U.S.C. § 3582 motion has already been made, evidently pursuant to the

23   mandate.

24          Accordingly, IT IS ORDERED that:

25          1.  The June 30, 2008 (docket # 230), order striking the movant's amended §

26   2255 motion, filed on June 25, 2008 (# 228), is hereby vacated and this matter will proceed

1

1  before the undersigned pursuant to reference; and

2          2.  Movant's motion, filed on July 13, 2007 (# 221 ), has been modified, as of

3  January 30, 2009, and reflects that it was brought pursuant to 18 U.S.C. § 3582.

4  DATED: February 5, 2009

                                    /s/ Gregory G. Hollows

5
                                    _____
6                                   GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

7  GGH:009
   gall0233.rmd
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26