IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                        No. CR S-93-0233 GEB GGH P

    vs.

GERARD GALLANT,

        Movant.                            <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, filed, on June 25, 2008 (docket # 228), an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, which superseded his preceding § 2255 motion, filed on June 6, 2008 (docket # 227). Pursuant to the court's order, filed on February 5, 2009 (docket # 241), this matter proceeds before the undersigned on the amended § 2255 motion, and the court will now direct briefing on that matter. (See also, docket entries # 238, # 240, and # 242).

        Accordingly, IT IS ORDERED that:

        1. This matter proceeds on movant's amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, filed on June 25, 2008 (docket # 228), which has superseded the § 2255 motion, filed on June 6, 2008 (docket # 227).

        2. Since movant may be entitled to the requested relief if he can establish a

1

violation of his constitutional rights, respondent is directed to file an answer to the amended motion, filed on June 25, 2008 (docket # 228), within thirty days of the effective date of this order.  See Rule 4, Rules Governing Section 2255 Proceedings.

3. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's amended motion, filed on June 25, 2008 (docket # 228), on the United States Attorney or his authorized representative.

DATED: May 5, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
gall0233.ord