IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                    No. CR S-93-0233 GEB GGH P

    vs.

GERARD GALLANT,

        Movant.                      ORDER

_____/

        By <u>Order</u>, filed on May 5, 2009, respondent was directed to file an answer to movant's amended motion to vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255. This order was served on movant's address of record and returned by the postal service.[1]

        Respondent, pursuant to the order, has filed a response. Because movant has failed to keep the court apprised of his current address, as required by Local Rule (L.R.) 83-182(f), movant has squandered his opportunity to file an opposition or reply to the response.

        Accordingly, IT IS ORDERED that, having failed to notify the court as to his current address, movant has forfeited his opportunity to file a reply or opposition to respondent's

\\\\\

---

[1] The order was re-served upon a new address, evidently supplied by a prison official at his address of record, but was returned again, as "not deliverable as addressed."

1

response to movant's 28 U.S.C. § 2255 amended motion to vacate, set aside, or correct his sentence, and the matter is now deemed submitted.  See L.R. 83-182(f); L.R. 11-110.

DATED: June 23, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
gall0233.ord2