IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               2:93-cr-0233-GEB-GGH-P

    vs.

GERARD GALLANT,

    Movant.                  ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 21, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff was reserved with this document to his most current address on July 28, 2009. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

ORDERED that:

    1. The findings and recommendations filed July 21, 2009, are adopted in full;

    2. Movant's June 25, 2008, amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed (docket #228); and

    3. The Clerk of the Court is directed to close the companion civil case, No. CIV S-07-1390.

Dated:  September 16, 2009

GARLAND E. BURRELL, JR.
United States District Judge