HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:93-cr-00233-GEB-GGH-2 |
| Plaintiff, | APPOINTMENT ORDER |
| v. | |
| GERARD JOSEPH GALLANT, | |
| Defendant. | |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant-movant, GERARD JOSEPH GALLANT, to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition. Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney

Sandra Gillies
Law Office of Sandra Gillies
P.O. Box 1515
Woodland, CA 95695
530-666-1908
Fax: 530-666-1908
Email: sandra-gillies@outlook.com

-1-

be appointed counsel for Mr. Gallant for *Johnson* matters, further proceedings in district court, and any resulting appeal.

Dated:  April 27, 2016                    Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

                                                        */s/ Carolyn M. Wiggin*
                                                        CAROLYN M. WIGGIN
                                                        Assistant Federal Defender

    I accept the appointment and ask the order to be granted.

DATED:  April 27, 2016

                                                        */s/ Sandra Gillies*
                                                        SANDRA GILLIES
                                                        Attorney at Law

**O R D E R**

IT IS SO ORDERED.

Dated: May 9, 2016

                                                        /s/ Gregory G. Hollows
                                              UNITED STATES MAGISTRATE JUDGE

GALL0233.110+